IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SEASON BLEVINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:08-cv-1196 |
| | ) Judge Trauger |
| FAMOUS RECIPE COMPANY | ) |
| OPERATIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by defendant Famous Recipe Company Operations, LLC (Docket No. 14) is **DENIED**.

It is so Ordered.

Entered this 30th day of November 2009.

ALETA A. TRAUGER
United States District Judge